UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:04CR067-V

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| JAMES COY ANNAS | ) |

_____

## ORDER DISMISSING INDICTMENT
## WITHOUT PREJUDICE AS TO JAMES COY ANNAS

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case only as to defendant **JAMES COY ANNAS**, *without prejudice*.

The Clerk is directed to certify copies of this Order to the United States Probation Office, United States Marshal Service and the United States Attorney's Office.

Signed: June 26, 2008

Richard L. Voorhees
United States District Judge